# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0208
Lower Tribunal No. 23-19815-CA-01
_____

**Talin Maltepe,**
Appellant,

vs.

**Diaz, Reus & Targ, LLP,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

The Legal Team, PLLC and Karel Suarez and Carlos Enrique Alvarez, for appellant.

Diaz, Reus & Targ, LLP and Michael Diaz, Jr. and Marta Colomar Garcia and Gary Davidson and Prince-Alex Iwu, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.